[No. 72656-1-I. Division One. September 28, 2015.]

*In the Matter of the Dependency of* C.T.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. KARINA TORRESCANO-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-7-00878-1, Anita L. Farris, J., entered October 21, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[No. 72932-2-I. Division One. September 28, 2015.]

*In the Matter of the Marriage of* JARED KILLEY, *Appellant*, and ELIZABETH KILLEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-13106-8, Samuel Chung, J., entered December 4, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 72936-5-I. Division One. September 28, 2015.]

*In the Matter of the Dependency of* D.Y.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01004-2, Hollis R. Hill, J., entered October 17, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Trickey, JJ.

[No. 73104-1-I. Division One. September 28, 2015.]

THE BOEING COMPANY, *Respondent*, v. PRENTISS B. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-07139-6, David A. Kurtz, J., entered April 10, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Lau, JJ.